NUMBER 13-02-541-CV

 

                             COURT OF APPEALS

 

                   THIRTEENTH DISTRICT OF TEXAS

 

                                CORPUS CHRISTI

____________________________________________________________________

 

1402,
INC.,                                                                          Appellant,

 

                                                   v.

 

ENTERMAN, INC.,                                                                  Appellee.

____________________________________________________________________

 

                   On appeal from the County Court at Law No. 5 

                                  of Nueces County, Texas.

____________________________________________________________________

 

                          MEMORANDUM OPINION

 

                      Before Justices
Rodriguez, Castillo, and Garza

Opinion
Per Curiam

 

Appellant, 1402,
INC., perfected an appeal from a judgment entered by the County
Court at Law No. 5 of Nueces County, Texas, in cause number 02-60689-5.  After the
record was filed, appellant filed a motion to dismiss the appeal.  In the motion, appellant requests that this
Court dismiss the appeal.








The Court, having
considered the documents on file and appellant=s motion to dismiss the appeal, is of the opinion
that the motion should be granted.  Appellant=s motion to dismiss is
granted, and the appeal is hereby DISMISSED.

PER CURIAM

 

Opinion delivered and filed this

the 9th
day of January, 2003.